IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINDA MERRITT<br><br>*Debtor*<br><br>---<br><br>LINDA MERRITT<br><br>*Appellant*<br><br>v.<br><br>MIDATLANTIC FARM CREDIT, ACA., CHESHIRE LAND PRESERVATION FUND, and JOHN DOE<br><br>*Appellees* | CHAPTER 13<br>CASE NO. 11-18134<br><br><br>CIVIL ACTION<br>NO. 15-01854 |

## ORDER

**AND NOW**, this 10th day of March, 2016, upon consideration of the Bankruptcy Court's Opinion and Order dated March 25, 2015, Appellant Linda Merritt's ("Merritt") Brief (ECF No. 11), Appellee Cheshire Land Preservation Fund's Response (ECF No. 13), Merritt's Reply (ECF No. 21), and oral argument on February 19, 2016 (ECF No. 25), it is hereby **ORDERED** that the Bankruptcy Court's March 25, 2015 Order is **AFFIRMED**. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1